## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Fernando Govea Govea

                Plaintiff,

v.

Kristi Noem

                Defendant.

Case No.: 1:25−cv−13388
Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 17, 2025:

      MINUTE entry before the Honorable Thomas M. Durkin: The petition for habeas relief [1] is granted in part. Within five days, the Respondents must either afford the Petitioner a bond hearing before an immigration judge or release him from custody under reasonable conditions of supervision. In response to the petition, the Respondents raise several arguments that they incorporate by reference to their response brief filed in another case. See R. 9 at 12 (referring to arguments at pages 522 of the response filed in *Sanchez v. Noem, et al.,* No. 25 C 12169 (N.D. Ill.)). For the reasons explained by numerous other courts in this district, the Court hereby finds that: (1) 8 U.S.C. §§ 1252(a)(2)(B)(ii), 1252(b)(9), and 1252(g) do not deprive this Court of jurisdiction to review the petition; and (2) § 1225(b)(2)'s mandatory detention provision does not apply to the Petitioner, but rather § 1226(a) applies and entitles him to a bond hearing before an immigration judge. *See Espino Morales v. Olson et al.,* No. 25 C 12858, Dkt. 11 (N.D. Ill) (citing cases); *see also Rodriguez Loredo v. Forestal et al.,* No. 25 C 12758, 2025 WL 3187319, *2−3, 5−6 (N.D. Ill. Nov. 14, 2025). Additionally, because the resolution of the Petitioner's statutory argument affords him the bond hearing he seeks, the Court need not discuss the merits of his constitutional claim regarding due process. *See Guartazaca Sumba v. Crowley,* No. 1:25−CV−13034, 2025 WL 3126512, at *4 (N.D. Ill. Nov. 9, 2025) (citing *Camreta v. Greene,* 563 U.S. 692, 705 (2011)). The parties are directed to file a status report by 11/25/2025 that addresses the Petitioner's release status, whether he received a bond hearing, and the result of that bond hearing. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.